```
                            United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 20-00743-RNO
Glen Paul Younker                                                   Chapter 13
         Debtor                   CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke            Page 1 of 1           Date Rcvd: Mar 27, 2020
                            Form ID: ntnew341          Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
```
db            +Glen Paul Younker,    801 E. Third St.,    Weatherly, PA 18255-1540
5310660       +Bank of America NA,    655 Papermill Road,    Newark, DE 19711-7500
5309808       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5310662        Card Services,    PO Box 5524,    Sioux Falls, SD 57117-5524
5310664        Com of PA Dept of Rev,    Bureau of Compliance,    P.O. Box 280946,   Harrisburg, PA 17128-0946
5310666        First Premier Bank,    P.O. Box 5529,    Sioux Falls, SD 57117-5529
5310667       +Frederic I Weinberg Esquire,    375 East Elm Street,    Suite 210,   Conshohocken, PA 19428-1973
5310668        Homebridge Financial Services Inc.,    Payment Processing Center,    P.O. Box 11733,
                Newark, NJ 07101-4733
5310669       +Homebridge Financial Services, Inc.,    P.O. Box 77404,    Ewing, NJ 08628-6404
5310670       +Michael A Gaul  Esquire,    One West Broad Street,    Suite 700,   Bethlehem, PA 18018-5716
5310671       +Michael R Sharkey  Esquire,    982 N Sherman Ct,   Hazleton, PA 18201-1878
5310674        One Main Financial,    PO Box 740594,    Cincinnati, OH 45274-0594
5310673        One Main Financial,    North End Professional Complex,    388 Airport Rd  Suite 200,
                Hazle Township, PA 18202-3302
5310675        Steven H Eichler  Esquire,    170 S Independence Mall W St,    Philadelphia, PA 19106-3304
5310678       +Timothy G Kling,    1376 S Lehigh Gorge Rd,    Weatherly, PA 18255-4606
5310679        USAA Credit Card Payments,    10750 McDermott Freeway,    San Antonio, TX 78288-0570
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 19:05:48
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5310661        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 19:05:58      Capital One,
                P.O. Box 71083,    Charlotte, NC 28272-1083
5310663       +E-mail/Text: dehartstaff@pamd13trustee.com Mar 27 2020 18:55:43      Charles Dehart,
                Chapter 13 Trustee,    8125 Adams Drive Suite A,    Hummelstown, PA 17036-8625
5310665       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 27 2020 19:05:48      Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
5310672       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Mar 27 2020 18:55:46      Milestone,
                Genesis FS Card Services,    PO Box 4477,    Beaverton, OR 97076-4401
5309004        E-mail/PDF: cbp@onemainfinancial.com Mar 27 2020 19:05:58      ONEMAIN,    P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
5310677        E-mail/Text: bankruptcy@sccompanies.com Mar 27 2020 18:55:28      Stoneberry,    P.O. Box 2808,
                Monroe, WI 53566-8008
5310676       +E-mail/Text: bankruptcy@sccompanies.com Mar 27 2020 18:55:28      Stoneberry,
                1356 Williams Street,    Chippewa Falls, WI 54729-1500
5307311       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 19:05:48      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Joseph R. Baranko, Jr.   on behalf of Debtor 1 Glen Paul Younker josephb@slusserlawfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Glen Paul Younker,

**Debtor 1**

Chapter 13

Case No. 5:20−bk−00743−RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: April 20, 2020 <br> Time: 12:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: CourtneyWojtowicz, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: March 27, 2020

ntnew341 (04/18)