```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                              Case No. 20-00743-RNO
Glen Paul Younker                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 2          Date Rcvd: Apr 09, 2020
                              Form ID: ntnew341        Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.
```
db            +Glen Paul Younker,    801 E. Third St.,    Weatherly, PA 18255-1540
5310660       +Bank of America NA,    655 Papermill Road,    Newark, DE 19711-7500
5309808       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5310662        Card Services,    PO Box 5524,    Sioux Falls, SD 57117-5524
5310664        Com of PA Dept of Rev,    Bureau of Compliance,    P.O. Box 280946,    Harrisburg, PA 17128-0946
5310666        First Premier Bank,    P.O. Box 5529,    Sioux Falls, SD 57117-5529
5310667       +Frederic I Weinberg Esquire,    375 East Elm Street,    Suite 210,    Conshohocken, PA 19428-1973
5310668        Homebridge Financial Services Inc.,    Payment Processing Center,    P.O. Box 11733,
                Newark, NJ 07101-4733
5310669       +Homebridge Financial Services, Inc.,     P.O. Box 77404,    Ewing, NJ 08628-6404
5310670       +Michael A Gaul  Esquire,    One West Broad Street,    Suite 700,    Bethlehem, PA 18018-5716
5310671       +Michael R Sharkey  Esquire,    982 N Sherman Ct,    Hazleton, PA 18201-1878
5310674        One Main Financial,    PO Box 740594,    Cincinnati, OH 45274-0594
5310673        One Main Financial,    North End Professional Complex,    388 Airport Rd  Suite 200,
                Hazle Township, PA 18202-3302
5310675        Steven H Eichler  Esquire,    170 S Independence Mall W St,    Philadelphia, PA 19106-3304
5310678       +Timothy G Kling,    1376 S Lehigh Gorge Rd,    Weatherly, PA 18255-4606
5310679        USAA Credit Card Payments,    10750 McDermott Freeway,    San Antonio, TX 78288-0570
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2020 19:57:38
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5310661        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2020 19:56:58      Capital One,
                P.O. Box 71083,    Charlotte, NC 28272-1083
5319387        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2020 19:57:00
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
5310663       +E-mail/Text: dehartstaff@pamd13trustee.com Apr 09 2020 19:53:55      Charles Dehart,
                Chapter 13 Trustee,    8125 Adams Drive Suite A,    Hummelstown, PA 17036-8625
5310665       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 09 2020 19:58:20      Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
5310672       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 09 2020 19:54:04      Milestone,
                Genesis FS Card Services,    PO Box 4477,    Beaverton, OR 97076-4401
5309004        E-mail/PDF: cbp@onemainfinancial.com Apr 09 2020 19:56:45      ONEMAIN,    P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
5319081       +E-mail/Text: bankruptcy@sccompanies.com Apr 09 2020 19:51:45      Stoneberry,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
5310677        E-mail/Text: bankruptcy@sccompanies.com Apr 09 2020 19:51:45      Stoneberry,    P.O. Box 2808,
                Monroe, WI 53566-8008
5310676       +E-mail/Text: bankruptcy@sccompanies.com Apr 09 2020 19:51:44      Stoneberry,
                1356 Williams Street,    Chippewa Falls, WI 54729-1500
5307311       +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2020 19:57:28      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5            User: AutoDocke          Page 2 of 2            Date Rcvd: Apr 09, 2020
                                Form ID: ntnew341        Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James  Warmbrodt    on behalf of Creditor   HomeBridge Financial Services, Inc. bkgroup@kmllawgroup.com
        Joseph R. Baranko, Jr.   on behalf of Debtor 1 Glen Paul Younker josephb@slusserlawfirm.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                                                                        TOTAL: 4

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>Glen Paul Younker,<br>     **Debtor 1** | Chapter     13<br><br>Case No.     5:20–bk–00743–RNO |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, further details will be provided to you. | Date: May 11, 2020<br>Time: 12:00 PM |

**All deadlines set on the original notice of Meeting of Creditors have expired. New deadlines will not be set.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 9, 2020 |

ntnew341 (04/18)