# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Glen Paul Younker**                                                   Case No.  **5:20-bk-00743**
                                    Debtor(s)                                  Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **April 13, 2020**               **/s/ Glen Paul Younker**
                                        **Glen Paul Younker**
                                        Signature of Debtor

| | | |
|---|---|---|
| GLEN PAUL YOUNKER<br>801 E THIRD STREET<br>WEATHERLY, PA 18255 | CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS, NV 89193 | ONE MAIN FINANCIAL<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| JOSEPH R. BARANKO, JR., ESQUIRE<br>SLUSSER LAW FIRM<br>1620 NORTH CHURCH STREET<br>SUITE 1<br>HAZLETON, PA 18202 | FIRST PREMIER BANK<br>P.O. BOX 5529<br>SIOUX FALLS, SD 57117-5529 | ONE MAIN FINANCIAL<br>PO BOX 740594<br>CINCINNATI, OH 45274-0594 |
| ALLY BANK<br>PO BOX 380902<br>BLOOMINGTON, MN 55438-0902 | FREDERIC I WEINBERG ESQUIRE<br>375 EAST ELM STREET<br>SUITE 210<br>CONSHOHOCKEN, PA 19428 | ONE MAIN FINANCIAL<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| BANK OF AMERICA NA<br>655 PAPERMILL ROAD<br>NEWARK, DE 19711 | HOMEBRIDGE FINANCIAL SERVICES INC<br>PAYMENT PROCESSING CENTER<br>P.O. BOX 11733<br>NEWARK, NJ 07101-4733 | ONE MAIN FINANCIAL<br>NORTH END PROFESSIONAL COM<br>388 AIRPORT RD SUITE 200<br>HAZLE TOWNSHIP, PA 18202-3302 |
| BANK OF AMERICA, N.A.<br>PO BOX 982284<br>EL PASO, TX 79998-2238 | HOMEBRIDGE FINANCIAL SERVICES, INC<br>P.O. BOX 77404<br>EWING, NJ 08628 | ONE MAIN FINANCIAL<br>NORTH END PROFESSIONAL COM<br>388 AIRPORT RD SUITE 200<br>HAZLE TOWNSHIP, PA 18202-3302 |
| BANK OF AMERICA, N.A.<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | MICHAEL A GAUL ESQUIRE<br>ONE WEST BROAD STREET<br>SUITE 700<br>BETHLEHEM, PA 18018 | STEVEN H EICHLER ESQUIRE<br>170 S INDEPENDENCE MALL W S<br>PHILADELPHIA, PA 19106-3304 |
| BARBARA J HOFFMAN<br>C/O MICHAEL R. SHARKEY, ESQUIRE<br>982 N. SHERMAN CT.<br>HAZLETON, PA 18201 | MICHAEL R SHARKEY ESQUIRE<br>982 NORTH SHERMAN COURT<br>HAZLETON, PA 18201 | STONEBERRY<br>C/O CREDITORS BANKRUPTCY S<br>PO BOX 800849<br>DALLAS, TX 75380 |
| BARBARA J HOFFMAN<br>859 BUCK MOUNTAIN ROAD<br>WEATHERLY, PA 18255 | MILESTONE<br>GENESIS FS CARD SERVICES<br>PO BOX 4477<br>BEAVERTON, OR 97076-4477 | STONEBERRY<br>P.O. BOX 2808<br>MONROE, WI 53566-8008 |
| CAPITAL ONE<br>4515 NORTH SANTA FE AVENUE<br>OKLAHOMA CITY, OK 73118 | ONE MAIN FINANCIAL<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | TIMOTHY G KLING<br>1376 S LEHIGH GORGE RD<br>WEATHERLY, PA 18255 |
| CARD SERVICES<br>PO BOX 5524<br>SIOUX FALLS, SD 57117-5524 | ONE MAIN FINANCIAL<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | USAA CREDIT CARD PAYMENTS<br>10750 MCDERMOTT FREEWAY<br>SAN ANTONIO, TX 78288-0570 |

In re **Glen Paul Younker**     Case No. **5:20-bk-00743**
Debtor(s)     Chapter **13**

# AMENDED AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Creditor Matrix**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **April 13, 2020**

**/s/ Joseph R. Baranko, Jr., Esquire**
**Joseph R. Baranko, Jr., Esquire**
Attorney for Debtor(s)
**Slusser Law Firm**
**1620 North Church Street**
**Suite 1**
**Hazleton, PA 18202**
**(570) 453-0463 Fax:(570) 453-0273**
**joeb@slusserlawfirm.com**