```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                      Case No. 20-00743-RNO
Glen Paul Younker                                           Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-5       User: AutoDocke              Page 1 of 2              Date Rcvd: May 13, 2020
                           Form ID: pdf002              Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
```
db            +Glen Paul Younker,    801 E. Third St.,    Weatherly, PA 18255-1540
5320585      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America, N.A.,     PO Box 15102,    Wilmington, DE 19886-5102)
5310660       +Bank of America NA,    655 Papermill Road,    Newark, DE 19711-7500
5309808       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5320586       +Barbara J Hoffman,    c/o Michael R. Sharkey, Esquire,    982 N. Sherman Ct.,
                Hazleton, PA 18201-1878
5320587       +Barbara J Hoffman,    859 Buck Mountain Road,    Weatherly, PA 18255-4939
5310662        Card Services,    PO Box 5524,    Sioux Falls, SD 57117-5524
5326327       +Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
5310664        Com of PA Dept of Rev,    Bureau of Compliance,    P.O. Box 280946,    Harrisburg, PA 17128-0946
5310666        First Premier Bank,    P.O. Box 5529,    Sioux Falls, SD 57117-5529
5310667       +Frederic I Weinberg Esquire,    375 East Elm Street,    Suite 210,    Conshohocken, PA 19428-1973
5310668        Homebridge Financial Services Inc.,    Payment Processing Center,    P.O. Box 11733,
                Newark, NJ 07101-4733
5310669       +Homebridge Financial Services, Inc.,    P.O. Box 77404,    Ewing, NJ 08628-6404
5310670       +Michael A Gaul Esquire,    One West Broad Street,    Suite 700,    Bethlehem, PA 18018-5716
5310671       +Michael R Sharkey Esquire,    982 N Sherman Ct,    Hazleton, PA 18201-1878
5320596       +Michael R Sharkey Esquire,    982 North Sherman Court,    Hazleton, PA 18201-1878
5310673        One Main Financial,    North End Professional Complex,    388 Airport Rd Suite 200,
                Hazle Township, PA 18202-3302
5310674        One Main Financial,    PO Box 740594,    Cincinnati, OH 45274-0594
5310675        Steven H Eichler Esquire,    170 S Independence Mall W St,    Philadelphia, PA 19106-3304
5310678       +Timothy G Kling,    1376 S Lehigh Gorge Rd,    Weatherly, PA 18255-4606
5310679        USAA Credit Card Payments,    10750 McDermott Freeway,    San Antonio, TX 78288-0570
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2020 19:53:37
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5320582        E-mail/Text: ally@ebn.phinsolutions.com May 13 2020 19:49:53      Ally Bank,    PO Box 380902,
                Bloomington, MN 55438-0902
5323868        E-mail/Text: ally@ebn.phinsolutions.com May 13 2020 19:49:53      Ally Bank,    PO Box 130424,
                Roseville, MN 55113-0004
5310661        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 13 2020 19:54:42      Capital One,
                P.O. Box 71083,    Charlotte, NC 28272-1083
5320588       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 13 2020 19:54:47      Capital One,
                4515 North Santa Fe Avenue,    Oklahoma City, OK 73118-7901
5319387        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 13 2020 19:53:45
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
5310663       +E-mail/Text: dehartstaff@pamd13trustee.com May 13 2020 19:51:21      Charles Dehart,
                Chapter 13 Trustee,    8125 Adams Drive Suite A,    Hummelstown, PA 17036-8625
5310665       +E-mail/PDF: creditonebknotifications@resurgent.com May 13 2020 19:54:34      Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
5324307        E-mail/PDF: resurgentbknotifications@resurgent.com May 13 2020 19:53:44      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5310672       +E-mail/Text: GenesisFS@ebn.phinsolutions.com May 13 2020 19:51:36      Milestone,
                Genesis FS Card Services,    PO Box 4477,    Beaverton, OR 97076-4401
5309004        E-mail/PDF: cbp@onemainfinancial.com May 13 2020 19:54:19      ONEMAIN,    P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
5320598        E-mail/PDF: cbp@onemainfinancial.com May 13 2020 19:53:29      One Main Financial,
                P.O. Box 3251,    Evansville, IN 47731-3251
5320875       +E-mail/Text: JCAP_BNC_Notices@jcap.com May 13 2020 19:51:14      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5320610        E-mail/Text: bnc-quantum@quantum3group.com May 13 2020 19:51:06
                Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
5319081       +E-mail/Text: bankruptcy@sccompanies.com May 13 2020 19:49:49      Stoneberry,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
5310677        E-mail/Text: bankruptcy@sccompanies.com May 13 2020 19:49:49      Stoneberry,    P.O. Box 2808,
                Monroe, WI 53566-8008
5310676       +E-mail/Text: bankruptcy@sccompanies.com May 13 2020 19:49:49      Stoneberry,
                1356 Williams Street,    Chippewa Falls, WI 54729-1500
5307311       +E-mail/PDF: gecsedi@recoverycorp.com May 13 2020 19:55:27      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5320583*      +Bank of America NA,    655 Papermill Road,    Newark, DE 19711-7500
5320584*      +Bank of America, N.A.,    PO Box 982284,    El Paso, TX 79998-2284
5320589*       Card Services,    PO Box 5524,    Sioux Falls, SD 57117-5524
5320590*      +Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
5320591*       First Premier Bank,    P.O. Box 5529,    Sioux Falls, SD 57117-5529
5320592*      +Frederic I Weinberg Esquire,    375 East Elm Street,    Suite 210,    Conshohocken, PA 19428-1973
```

```
District/off: 0314-5           User: AutoDocke              Page 2 of 2                   Date Rcvd: May 13, 2020
                               Form ID: pdf002              Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****
5320593*          Homebridge Financial Services Inc.,   Payment Processing Center,    P.O. Box 11733,
                   Newark, NJ 07101-4733
5320594*         +Homebridge Financial Services, Inc.,    P.O. Box 77404,    Ewing, NJ 08628-6404
5320595*         +Michael A Gaul    Esquire,    One West Broad Street,    Suite 700,    Bethlehem, PA 18018-5716
5320597*         +Milestone,    Genesis FS Card Services,    PO Box 4477,    Beaverton, OR 97076-4401
5320601*          One Main Financial,    PO Box 740594,    Cincinnati, OH 45274-0594
5320599*          One Main Financial,    P.O. Box 3251,    Evansville, IN 47731-3251
5320600*          One Main Financial,    P.O. Box 3251,    Evansville, IN 47731-3251
5320602*          One Main Financial,    P.O. Box 3251,    Evansville, IN 47731-3251
5320603*          One Main Financial,    North End Professional Complex,    388 Airport Rd  Suite 200,
                   Hazle Township, PA 18202-3302
5320604*          One Main Financial,    North End Professional Complex,    388 Airport Rd  Suite 200,
                   Hazle Township, PA 18202-3302
5320605*          Steven H Eichler    Esquire,    170 S Independence Mall W St,    Philadelphia, PA 19106-3304
5320606*         +Stoneberry,    c/o Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380-0849
5320607*          Stoneberry,    P.O. Box 2808,    Monroe, WI 53566-8008
5320608*         +Timothy G Kling,    1376 S Lehigh Gorge Rd,    Weatherly, PA 18255-4606
5320609*          USAA Credit Card Payments,    10750 McDermott Freeway,    San Antonio, TX 78288-0570
                                                                                         TOTALS: 0, * 21, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Joseph R. Baranko, Jr.    on behalf of Debtor 1 Glen Paul Younker   josephb@slusserlawfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 4
```

Rev. 12/01/19

LOCAL BANKRUPTCY FORM 3015-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**Glen Paul Younker**

CHAPTER 13
CASE NO. 5:20-bk-00743

■ ORIGINAL PLAN
____ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☐ Number of Motions to Avoid Liens
■ Number of Motions to Value Collateral

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ■ Included | ☐ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ■ Included | ☐ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

    A. **Plan Payments From Future Income**

    1. To date, the Debtor paid $___ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**35,697.96**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 05/20 | 04/23 | 991.61 | 0.00 | 991.61 | 35,697.96 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $35,697.96 |

    2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ■ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**54.41**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

■ No assets will be liquidated. *If this line is checked, the rest of § 1.B.2 and complete § 1.B.3 if applicable*

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

■ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Ally Bank | 2016 Jeep Wrangler Sierra Unlimited | 0857 |
| Homebridge Financial Services Inc. | 801 East Third Street Weatherly, PA 18255 Carbon County | 6204 |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*
■ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
■ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

■ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid

2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 5:20-bk-00743-RNO    Doc 45    Filed 05/15/20    Entered 05/16/20 00:32:00    Desc
Imaged Certificate of Notice    Page 4 of 7

Rev. 12/01/19

in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary or other action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan, Adversary or Other Action |
|---|---|---|---|---|---|
| One Main Financial | 2008 Harley Davidson | $7,080.00 | 25.11% | $8,232.42 | Plan |

F. **Surrender of Collateral.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

■ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS.**

   A. **Administrative Claims**

   1. Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. Attorney's fees. Complete only one of the following options:

      a. In addition to the retainer of $ **2,000.00** already paid by the Debtor, the amount of $ **2,000.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

      b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
      *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

   B. **Priority Claims (including, certain Domestic Support Obligations)**

■ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

   C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B)**. *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

   A. **Claims of Unsecured Nonpriority Creditors Specially Classified.**
      *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

 **B. <u>Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.</u>**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

 ■ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

 **Property of the estate will vest in the Debtor upon**

 *Check the applicable line:*

 ■ plan confirmation.
 ☐ entry of discharge.
 ☐ closing of case.

7. **DISCHARGE: (Check one)**

 ■ The debtor will seek a discharge pursuant to § 1328(a).
 ☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

| Level | Description | Amount |
|---|---|---|
| Level 1: | Adequate protection payments | $ |
| Level 2: | Debtor's attorney fees | $ |
| Level 3: | Domestic Support Obligations | $ |
| Level 4: | Priority claim, pro rata | $ |
| Level 5: | Secured claims, pro rata | $ |
| Level 6: | Specially classified unsecured claims | $ |
| Level 7: | Timely filed general unsecured claims | $ |
| Level 8: | Untimely filed general unsecured claims to which the Debtor has not objected. | $ |

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

9. **NONSTANDARD PLAN PROVISIONS**

4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 5:20-bk-00743-RNO Doc 45 Filed 05/15/20 Entered 05/16/20 00:32:00 Desc
Imaged Certificate of Notice Page 6 of 7

Rev. 12/01/19

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

   A. **Allowed unsecured claims will be paid in full in the Plan.**

      B. **Upon completion of this Plan, all debts listed in the debtor's schedules were provided for by this Plan except as those specifically accepted by applicable provisions of the Bankruptcy Code and shall be discharged.**

      C. **The effective date of this Plan shall be the date of entry of an Order confirming the Plan.**

      D. **No unsecured creditor shall be paid under this Plan unless a Proof of Claim is filed with the Bankruptcy Court, served on the Trustee and Debtor's Counsel, within allowable limits and subject to objection.**

      E. **The Debtor proposes to cram down the 2008 Harley Davidson loan to a modified principal balance of $7,080 which will be amortized over a 36 month period at the applicable interest rate of 25.11% for total payments to creditor of $10,148.76. Upon payment of the stated sum through this Plan, creditor shall immediately release title to the motor vehicle as unencumbered. Any balance between the amounts stated and the modified principal, shall be considered unsecured debt.**

Dated:   **April 13, 2020**        **/s/ Joseph R. Baranko, Jr., Esquire**
                                                                                   **Joseph R. Baranko, Jr., Esquire**
                                                                                   Attorney for Debtor

                                                                                    **/s/ Glen Paul Younker**
                                                                                    **Glen Paul Younker**
                                                                                   Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.