IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | :    **Chapter 13** |
| **Glen Paul Younker,** | : |
| | :    **Case No.: 5:20-bk-00743-RNO** |
| Debtor | : |
| | : |

## CERTIFICATE OF SERVICE

I, Joseph R. Baranko, Jr., Esquire, do hereby certify that on July 9, 2020, I served a copy of *Motion to Reinstate Case and Vacate Order of Dismissal and proposed Order* on the following parties in this matter:

Charles J. DeHart, III, Trustee, ***via email: TWecf@pamd13trustee.com***

United States Trustee, ***via email: ustpregion03.ha.ecf@usdoj.gov***

James Warmbrodt, on behalf of Creditor, HomeBridge Financial Services, Inc., ***via email: bkgroup@kmllawgroup.com***

PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541

                                              Respectfully submitted,

                                              THE SLUSSER LAW FIRM

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Date: July 2, 2020             By:     **/S/ Joseph R. Baranko, Jr.**
                                                          Joseph R. Baranko, Jr., Esquire
                                                          Supr. ID #39124
                                                          1620 N. Church St., Ste. 1
                                                          Hazleton, PA 18202
                                                          Telephone: 570-453-0463

                                                          Attorney for Debtor