```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 20-00743-RNO
Glen Paul Younker                                               Chapter 13
          Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-5        User: AutoDocke              Page 1 of 2          Date Rcvd: Jul 08, 2020
                            Form ID: ordsmiss            Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
```
db           +Glen Paul Younker,    801 E. Third St.,    Weatherly, PA 18255-1540
5309808      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5320587      +Barbara J Hoffman,    859 Buck Mountain Road,    Weatherly, PA 18255-4939
5320586      +Barbara J Hoffman,    c/o Michael R. Sharkey, Esquire,    982 N. Sherman Ct.,
               Hazleton, PA 18201-1878
5310662       Card Services,    PO Box 5524,    Sioux Falls, SD 57117-5524
5326327      +Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
5310664       Com of PA Dept of Rev,    Bureau of Compliance,    P.O. Box 280946,    Harrisburg, PA 17128-0946
5310667      +Frederic I Weinberg Esquire,    375 East Elm Street,    Suite 210,    Conshohocken, PA 19428-1973
5310668       Homebridge Financial Services Inc.,    Payment Processing Center,    P.O. Box 11733,
               Newark, NJ 07101-4733
5310669      +Homebridge Financial Services, Inc.,    P.O. Box 77404,    Ewing, NJ 08628-6404
5310670      +Michael A Gaul Esquire,    One West Broad Street,    Suite 700,    Bethlehem, PA 18018-5716
5310671      +Michael R Sharkey Esquire,    982 N Sherman Ct,    Hazleton, PA 18201-1878
5320596      +Michael R Sharkey Esquire,    982 North Sherman Court,    Hazleton, PA 18201-1878
5310674       One Main Financial,    PO Box 740594,    Cincinnati, OH 45274-0594
5310673       One Main Financial,    North End Professional Complex,    388 Airport Rd Suite 200,
               Hazle Township, PA 18202-3302
5310675       Steven H Eichler Esquire,    170 S Independence Mall W St,    Philadelphia, PA 19106-3304
5310678      +Timothy G Kling,    1376 S Lehigh Gorge Rd,    Weatherly, PA 18255-4606
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +EDI: PRA.COM Jul 08 2020 23:38:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
5320582       EDI: GMACFS.COM Jul 08 2020 23:38:00      Ally Bank,    PO Box 380902,
               Bloomington, MN 55438-0902
5323868       EDI: GMACFS.COM Jul 08 2020 23:38:00      Ally Bank,    PO Box 130424,    Roseville, MN 55113-0004
5320585       EDI: BANKAMER2.COM Jul 08 2020 23:38:00      Bank of America, N.A.,    PO Box 15102,
               Wilmington, DE 19886-5102
5310660      +EDI: BANKAMER.COM Jul 08 2020 23:38:00      Bank of America NA,    655 Papermill Road,
               Newark, DE 19711-7500
5310661       EDI: CAPITALONE.COM Jul 08 2020 23:38:00      Capital One,    P.O. Box 71083,
               Charlotte, NC 28272-1083
5320588      +EDI: AIS.COM Jul 08 2020 23:38:00      Capital One,    4515 North Santa Fe Avenue,
               Oklahoma City, OK 73118-7901
5319387       EDI: CAPITALONE.COM Jul 08 2020 23:38:00      Capital One Bank (USA), N.A.,
               by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
5310663      +E-mail/Text: dehartstaff@pamd13trustee.com Jul 08 2020 19:37:56      Charles Dehart,
               Chapter 13 Trustee,    8125 Adams Drive Suite A,    Hummelstown, PA 17036-8625
5310665      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 08 2020 19:44:17      Credit One Bank,
               PO Box 98873,    Las Vegas, NV 89193-8873
5310666       EDI: AMINFOFP.COM Jul 08 2020 23:38:00      First Premier Bank,    P.O. Box 5529,
               Sioux Falls, SD 57117-5529
5324307       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 08 2020 19:44:09      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5310672      +EDI: PHINGENESIS Jul 08 2020 23:38:00      Milestone,    Genesis FS Card Services,    PO Box 4477,
               Beaverton, OR 97076-4401
5309004       EDI: AGFINANCE.COM Jul 08 2020 23:38:00      ONEMAIN,    P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
5320598       EDI: AGFINANCE.COM Jul 08 2020 23:38:00      One Main Financial,    P.O. Box 3251,
               Evansville, IN 47731-3251
5320875      +EDI: JEFFERSONCAP.COM Jul 08 2020 23:38:00      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5320610       EDI: Q3G.COM Jul 08 2020 23:38:00      Quantum3 Group LLC as agent for,    GPCC I LLC,
               PO Box 788,    Kirkland, WA 98083-0788
5319081      +EDI: CBSMASON Jul 08 2020 23:38:00      Stoneberry,    c/o Creditors Bankruptcy Service,
               P.O. Box 800849,    Dallas, TX 75380-0849
5310677       EDI: CBSMASON Jul 08 2020 23:38:00      Stoneberry,    P.O. Box 2808,    Monroe, WI 53566-8008
5310676       EDI: CBSMASON Jul 08 2020 23:38:00      Stoneberry,    1356 Williams Street,
               Chippewa Falls, WI 54729-1500
5307311      +EDI: RMSC.COM Jul 08 2020 23:38:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
5310679       EDI: USAA.COM Jul 08 2020 23:38:00      USAA Credit Card Payments,    10750 McDermott Freeway,
               San Antonio, TX 78288-0570
                                                                                             TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5320583*     +Bank of America NA,    655 Papermill Road,    Newark, DE 19711-7500
5320584*     +Bank of America, N.A.,    PO Box 982284,    El Paso, TX 79998-2284
5320589*      Card Services,    PO Box 5524,    Sioux Falls, SD 57117-5524
5320590*     +Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
5320591*      First Premier Bank,    P.O. Box 5529,    Sioux Falls, SD 57117-5529
5320592*     +Frederic I Weinberg Esquire,    375 East Elm Street,    Suite 210,    Conshohocken, PA 19428-1973
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
5320593*         Homebridge Financial Services Inc.,    Payment Processing Center,    P.O. Box 11733,
                   Newark, NJ 07101-4733
5320594*        +Homebridge Financial Services, Inc.,    P.O. Box 77404,    Ewing, NJ 08628-6404
5320595*        +Michael A Gaul  Esquire,    One West Broad Street,    Suite 700,    Bethlehem, PA 18018-5716
5320597*        +Milestone,   Genesis FS Card Services,    PO Box 4477,    Beaverton, OR 97076-4401
5320601*         One Main Financial,    PO Box 740594,    Cincinnati, OH 45274-0594
5320599*         One Main Financial,    P.O. Box 3251,    Evansville, IN 47731-3251
5320600*         One Main Financial,    P.O. Box 3251,    Evansville, IN 47731-3251
5320602*         One Main Financial,    P.O. Box 3251,    Evansville, IN 47731-3251
5320603*         One Main Financial,    North End Professional Complex,    388 Airport Rd  Suite 200,
                   Hazle Township, PA 18202-3302
5320604*         One Main Financial,    North End Professional Complex,    388 Airport Rd  Suite 200,
                   Hazle Township, PA 18202-3302
5320605*         Steven H Eichler  Esquire,    170 S Independence Mall W St,    Philadelphia, PA 19106-3304
5320606*        +Stoneberry,   c/o Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380-0849
5320607*         Stoneberry,    P.O. Box 2808,    Monroe, WI 53566-8008
5320608*        +Timothy G Kling,    1376 S Lehigh Gorge Rd,    Weatherly, PA 18255-4606
5320609*         USAA Credit Card Payments,    10750 McDermott Freeway,    San Antonio, TX 78288-0570
                                                                                 TOTALS: 0, * 21, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Joseph R. Baranko, Jr.    on behalf of Debtor 1 Glen Paul Younker josephb@slusserlawfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Glen Paul Younker,                      Chapter     13

    **Debtor 1**

                                     Case No.     5:20–bk–00743–RNO

### Order

   **IT IS ORDERED** that the case is hereby dismissed as to Debtor 1 for failure to comply with Order dated February 28, 2020.

   **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: July 8, 2020                                 By the Court,

                                                           *[signature: Robt N. Opel II]*

                                                           Honorable Robert N. Opel, II
                                                           United States Bankruptcy Judge
                                                           By: CourtneyWojtowicz, Deputy Clerk

ordsmiss (05/18)