In re:                                                          Case No. 20-00743-RNO
Glen Paul Younker                                              Chapter 13
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 2        Date Rcvd: Jul 10, 2020
                           Form ID: pdf010         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2020.
```
db             +Glen Paul Younker,    801 E. Third St.,    Weatherly, PA 18255-1540
5320585        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102)
5310660        +Bank of America NA,    655 Papermill Road,    Newark, DE 19711-7500
5309808        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5320587        +Barbara J Hoffman,    859 Buck Mountain Road,    Weatherly, PA 18255-4939
5320586        +Barbara J Hoffman,    c/o Michael R. Sharkey, Esquire,    982 N. Sherman Ct.,
                Hazleton, PA 18201-1878
5310662         Card Services,    PO Box 5524,    Sioux Falls, SD 57117-5524
5326327        +Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
5310664         Com of PA Dept of Rev,    Bureau of Compliance,    P.O. Box 280946,    Harrisburg, PA 17128-0946
5310666         First Premier Bank,    P.O. Box 5529,    Sioux Falls, SD 57117-5529
5310667        +Frederic I Weinberg Esquire,    375 East Elm Street,    Suite 210,    Conshohocken, PA 19428-1973
5310668         Homebridge Financial Services Inc.,    Payment Processing Center,    P.O. Box 11733,
                Newark, NJ 07101-4733
5310669        +Homebridge Financial Services, Inc.,    P.O. Box 77404,    Ewing, NJ 08628-6404
5310670        +Michael A Gaul  Esquire,    One West Broad Street,    Suite 700,    Bethlehem, PA 18018-5716
5310671        +Michael R Sharkey  Esquire,    982 N Sherman Ct,    Hazleton, PA 18201-1878
5320596        +Michael R Sharkey Esquire,    982 North Sherman Court,    Hazleton, PA 18201-1878
5310674         One Main Financial,    PO Box 740594,    Cincinnati, OH 45274-0594
5310673         One Main Financial,    North End Professional Complex,    388 Airport Rd  Suite 200,
                Hazle Township, PA 18202-3302
5310675         Steven H Eichler  Esquire,    170 S Independence Mall W St,    Philadelphia, PA 19106-3304
5310678        +Timothy G Kling,    1376 S Lehigh Gorge Rd,    Weatherly, PA 18255-4606
5310679         USAA Credit Card Payments,    10750 McDermott Freeway,    San Antonio, TX 78288-0570
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 10 2020 20:02:13
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5320582         E-mail/Text: ally@ebn.phinsolutions.com Jul 10 2020 19:50:28        Ally Bank,    PO Box 380902,
                Bloomington, MN 55438-0902
5323868         E-mail/Text: ally@ebn.phinsolutions.com Jul 10 2020 19:50:28        Ally Bank,    PO Box 130424,
                Roseville, MN 55113-0004
5310661         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 10 2020 20:01:56        Capital One,
                P.O. Box 71083,    Charlotte, NC 28272-1083
5320588        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 10 2020 20:02:17        Capital One,
                4515 North Santa Fe Avenue,    Oklahoma City, OK 73118-7901
5319387         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 10 2020 20:01:56
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
5310663        +E-mail/Text: dehartstaff@pamd13trustee.com Jul 10 2020 19:50:46        Charles Dehart,
                Chapter 13 Trustee,    8125 Adams Drive Suite A,    Hummelstown, PA 17036-8625
5310665        +E-mail/PDF: creditonebnknotifications@resurgent.com Jul 10 2020 20:01:46        Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
5324307         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 10 2020 20:01:58        LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5310672        +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jul 10 2020 19:50:53        Milestone,
                Genesis FS Card Services,    PO Box 4477,    Beaverton, OR 97076-4401
5309004         E-mail/PDF: cbp@onemainfinancial.com Jul 10 2020 20:01:46        ONEMAIN,    P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
5320598         E-mail/PDF: cbp@onemainfinancial.com Jul 10 2020 20:01:46        One Main Financial,
                P.O. Box 3251,    Evansville, IN 47731-3251
5320875        +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 10 2020 19:50:44        Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5320610         E-mail/Text: bnc-quantum@quantum3group.com Jul 10 2020 19:50:38
                Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
5319081        +E-mail/Text: bankruptcy@sccompanies.com Jul 10 2020 19:50:24        Stoneberry,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
5310677         E-mail/Text: bankruptcy@sccompanies.com Jul 10 2020 19:50:24        Stoneberry,    P.O. Box 2808,
                Monroe, WI 53566-8008
5310676        +E-mail/Text: bankruptcy@sccompanies.com Jul 10 2020 19:50:24        Stoneberry,
                1356 Williams Street,    Chippewa Falls, WI 54729-1500
5307311        +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2020 20:02:07        Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                      TOTAL: 18
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5320583*       +Bank of America NA,    655 Papermill Road,    Newark, DE 19711-7500
5320584*       +Bank of America, N.A.,    PO Box 982284,    El Paso, TX 79998-2284
5320585*       +Card Services,    PO Box 5524,    Sioux Falls, SD 57117-5524
5320590*       +Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
5320591*       +First Premier Bank,    P.O. Box 5529,    Sioux Falls, SD 57117-5529
5320592*       +Frederic I Weinberg Esquire,    375 East Elm Street,    Suite 210,    Conshohocken, PA 19428-1973
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
5320593*        Homebridge Financial Services Inc.,    Payment Processing Center,    P.O. Box 11733,
                Newark, NJ 07101-4733
5320594*       +Homebridge Financial Services, Inc.,    P.O. Box 77404,    Ewing, NJ 08628-6404
5320595*       +Michael A Gaul  Esquire,    One West Broad Street,    Suite 700,    Bethlehem, PA 18018-5716
5320597*       +Milestone,    Genesis FS Card Services,    PO Box 4477,    Beaverton, OR 97076-4401
5320601*        One Main Financial,    PO Box 740594,    Cincinnati, OH 45274-0594
5320599*        One Main Financial,    P.O. Box 3251,    Evansville, IN 47731-3251
5320600*        One Main Financial,    P.O. Box 3251,    Evansville, IN 47731-3251
5320602*        One Main Financial,    P.O. Box 3251,    Evansville, IN 47731-3251
5320603*        One Main Financial,    North End Professional Complex,    388 Airport Rd  Suite 200,
                Hazle Township, PA 18202-3302
5320604*        One Main Financial,    North End Professional Complex,    388 Airport Rd  Suite 200,
                Hazle Township, PA 18202-3302
5320605*        Steven H Eichler  Esquire,    170 S Independence Mall W St,    Philadelphia, PA 19106-3304
5320606*       +Stoneberry,    c/o Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380-0849
5320607*        Stoneberry,    P.O. Box 2808,    Monroe, WI 53566-8008
5320608*       +Timothy G Kling,    1376 S Lehigh Gorge Rd,    Weatherly, PA 18255-4606
5320609*        USAA Credit Card Payments,    10750 McDermott Freeway,    San Antonio, TX 78288-0570
                                                                      TOTALS: 0, * 21, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamdl3trustee.com
              James  Warmbrodt   on behalf of Creditor   HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Joseph R. Baranko, Jr.   on behalf of Debtor 1 Glen Paul Younker  josephb@slusserlawfirm.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                      TOTAL: 4
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
 : Chapter 13
Glen Paul Younker, :
 : Case No.: 5:20-bk-00743-RNO
 Debtor :
 :

## ORDER TO REINSTATE CASE AND VACATE ORDER OF DISMISSAL

Upon consideration of the Debtor's Motion to Reinstate Case and Vacate Order of Dismissal, it is hereby **ORDERED** that the above-named case of the Debtor, Glen Paul Younker, be and it hereby is **REINSTATED.**

Dated: July 9, 2020

By the Court,

_____

Robert N. Opel, II, Bankruptcy Judge  (DG)