IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Glen Paul Younker | CASE NO.: 5:20-BK-00743-RNO |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Joseph R. Baranko, Jr., Esquire, do hereby certify that on August 13, 202, I served the Second Amended Chapter 13 Plan, Notice, Amended Schedule I, and Amended Schedule J on the following parties in this matter:

Charles J. DeHart, III, (Trustee) ***via email:*** ***TWecf@pamd13trustee.com***

United States Trustee, ***via email: ustpregion03.ha.ecf@usdoj.gov***

James Warmbrodt on behalf of Creditor Homebridge Financial Services, Inc., ***via email: bkgroup@kmllawgroup.com***

PRA Receivables Management, LLC, P.O. Box 41067, Norfolk, VA 23541

Ally Bank, PO Box 380902, Bloomington, MN 55438-0902

Bank of America, NA, 655 Papermill Road, Newark, DE 19711

Bank of America, NA, PO Box 982284, El Paso, TX 79998-2238

Bank of America, NA, PO Box 15102, Wilmington, DE 19886-5102

Barbara J. Hoffman, c/o Michael R. Sharkey, Esquire, 982 Sherman Ct., Hazleton, PA 18201

Barbara J. Hoffman, 859 Buck Mountain Road, Weatherly, PA 18255

Capital One, 4515 North Santa Fe Avenue, Oklahoma City, OK 73118

Card Services, PO Box 5524, Sioux Falls, SD 57117-5524

Credit One Bank, PO Box 98873, Las Vegas, NV 89193

First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529

Frederic I. Weinberg, Esquire, 375 East Elm Street, Suite 210, Conshohocken, PA 19428

Homebridge Financial Services, Inc., Payment Processing Center, P.O. Box 11733, Newark, NJ 07101-4733

Homebridge Financial Services, Inc., PO Box 77404, Ewing, NJ 08628

Michael A. Gaul, Esquire, One West Broad Street, Suite 700, Bethlehem, PA 18018

Michael R. Sharkey, Esquire, 982 North Sherman Court, Hazleton, PA 18201

Milestone, Genesis FS Card Services, P.O. Box 4477, Beaverton, OR 97076-4477

One Main Financial, PO Box 740594, Cincinnati, OH 45274-0594

One Main Financial, PO Box 3251, Evansville, IN 47731-3251

One Main Financial, North End Professional Com, 388 Airport Road, Hazle Township, PA 18202-3302

Steven H. Eichler, Esquire, 170 S Independence Mall W S, Philadelphia, PA 19106-3304

Stoneberry, C/o Creditors Bankruptcy, PO Box 800849, Dallas, TX 75380

Stoneberry, PO Box 2808, Monroe, WI 53566-8008

Timothy G. Kling, 1376 S Lehigh Gorge Rd., Weatherly, PA 18255

USAA Credit Card Payments, 10750 McDermott Freeway, San Antonio, TX 78288-0570

    Respectfully submitted,

    THE SLUSSER LAW FIRM

    By: /s/ Joseph R. Baranko, Jr.
    Joseph R. Baranko, Jr., Esquire
    Supr. ID #39124
    Attorney for Debtor
    The Slusser Law Firm
    1620 N. Church St., Ste. 1
    Hazleton, PA 18201
    Telephone: 570-453-0463