IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Glen Paul Younker | CASE NO.: 5:20-BK-00743-RNO |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Joseph R. Baranko, Jr., Esquire, do hereby certify that on September 29, 2020, I served the *Request for Payment of Chapter 13 Compensation and Expenses* on the following parties in this matter:

Charles J. DeHart, III, (Trustee) ***via email:*** ***TWecf@pamd13trustee.com***

United States Trustee, ***via email:  ustpregion03.ha.ecf@usdoj.gov***

James Warmbrodt on behalf of Creditor Homebridge Financial Services, Inc., ***via email: bkgroup@kmllawgroup.com***

PRA Receivables Management, LLC, P.O. Box 41067, Norfolk, VA 23541

        Respectfully submitted,

        THE SLUSSER LAW FIRM

        By: /s/ Joseph R. Baranko, Jr.
            Joseph R. Baranko, Jr., Esquire
            Supr. ID #39124
            Attorney for Debtor
            The Slusser Law Firm
            1620 N. Church St., Ste. 1
            Hazleton, PA 18201
            Telephone:  570-453-0463