IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Glen Paul Younker<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>5:20-bk-00743-MJC |
| Carrington Mortgage Services, LLC<br>    Movant.<br>v. | CHAPTER 13 |
| Glen Paul Younker<br>    Debtor/Respondent, | |
| Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Carrington Mortgage Services, LLC, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                                                                    Respectfully submitted,

Dated: March 11, 2022                                BY:/s/ Lily C. Calkins
                                                                    Christopher A. DeNardo 78447
                                                                    Kristen D. Little 79992
                                                                    Lily C. Calkins 327356
                                                                    LOGS Legal Group LLP

3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

LLG File #: 22-066968

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Glen Paul Younker<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>5:20-bk-00743-MJC |
| Carrington Mortgage Services, LLC<br>    Movant.<br>v. | CHAPTER 13 |
| Glen Paul Younker<br>    Debtor/Respondent, | |
| Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | |

**CERTIFICATE OF SERVICE**

    I, __Lily C. Calkins__, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 11th day of March, 2022:

Glen Paul Younker
801 E. Third St.
Weatherly, PA 18255

Joseph R. Baranko, Jr.
1620 North Church Street
Suite 1
Hazleton, PA 18202 - VIA ECF

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036 - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Lily C. Calkins
Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com