IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Glen Paul Younker | CASE NO.: 5:20-BK-00743-RNO |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Joseph R. Baranko, Jr., Esquire, do hereby certify that on April 19, 2023, I served *Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and Section 522(q)* on the following parties in this matter:

Christopher A. DeNardo on behalf of Creditor Carrington Mortgage Services, LLC, *via email: logsecf@logs.com; cistewart@logs.com*

Brian C. Nicholas on behalf of Creditor HomeBridge Financial Services, Inc., *via email: bnicholas@kmllawgoup.com; bkgroup@kmllawgroup.com*

United States Trustee, *via email: ustpregion03.ha.ecf@usdoj.gov*

James Warmbrodt on behalf of Creditor HomeBridge Financial Services, Inc., *via email: bkgroup@kmllawgroup.com*

Jack N. Zaharopoulos, *via email: TWecf@pamd13trustee.com*

Ally Bank, c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Dept APS, Oklahoma City, OK 73118.

PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541

Respectfully submitted,

THE SLUSSER LAW FIRM

By: _____
Joseph R. Baranko, Jr., Esquire
Supr. ID #39124
Attorney for Debtor
The Slusser Law Firm
1620 N. Church St., Ste. 1
Hazleton, PA 18201
Telephone: 570-453-0463