United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00743-MJC |
| Glen Paul Younker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Apr 21, 2023 | Form ID: 3180W | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glen Paul Younker, 801 E. Third St., Weatherly, PA 18255-1540 |
| 5320586 | + | Barbara J Hoffman, c/o Michael R. Sharkey, Esquire, 982 N. Sherman Ct., Hazleton, PA 18201-1878 |
| 5320587 | + | Barbara J Hoffman, 859 Buck Mountain Road, Weatherly, PA 18255-4939 |
| 5310662 | | Card Services, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5310664 | | Com of PA Dept of Rev, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 5310667 | + | Frederic I Weinberg Esquire, 375 East Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 5310668 | | Homebridge Financial Services Inc., Payment Processing Center, P.O. Box 11733, Newark, NJ 07101-4733 |
| 5310669 | + | Homebridge Financial Services, Inc., P.O. Box 77404, Ewing, NJ 08628-6404 |
| 5310670 | + | Michael A Gaul Esquire, One West Broad Street, Suite 700, Bethlehem, PA 18018-5717 |
| 5310671 | + | Michael R Sharkey Esquire, 982 N Sherman Ct, Hazleton, PA 18201-1878 |
| 5320596 | + | Michael R Sharkey Esquire, 982 North Sherman Court, Hazleton, PA 18201-1878 |
| 5310673 | | One Main Financial, North End Professional Complex, 388 Airport Rd Suite 200, Hazle Township, PA 18202-3302 |
| 5310675 | | Steven H Eichler Esquire, 170 S Independence Mall W St, Philadelphia, PA 19106-3304 |
| 5310678 | + | Timothy G Kling, 1376 S Lehigh Gorge Rd, Weatherly, PA 18255-4606 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Apr 21 2023 22:32:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Apr 21 2023 22:32:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5323868 | | EDI: GMACFS.COM | Apr 21 2023 22:32:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5320582 | | EDI: GMACFS.COM | Apr 21 2023 22:32:00 | Ally Bank, PO Box 380902, Bloomington, MN 55438-0902 |
| 5425167 | + | EDI: AISACG.COM | Apr 21 2023 22:32:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5320585 | | EDI: BANKAMER2.COM | Apr 21 2023 22:32:00 | Bank of America, N.A., PO Box 15102, Wilmington, DE 19886-5102 |
| 5310660 | + | EDI: BANKAMER.COM | Apr 21 2023 22:32:00 | Bank of America NA, 655 Papermill Road, Newark, DE 19711-7500 |
| 5309808 | + | EDI: BANKAMER2.COM | Apr 21 2023 22:32:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5326327 | | Email/Text: BKelectronicnotices@cenlar.com | Apr 21 2023 18:33:00 | Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618 |
| 5320588 | + | EDI: AIS.COM | Apr 21 2023 22:38:00 | Capital One, 4515 North Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 5310661 | | EDI: CAPITALONE.COM | Apr 21 2023 22:32:00 | Capital One, P.O. Box 71083, Charlotte, NC |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5319387 | | EDI: CAPITALONE.COM | Apr 21 2023 22:32:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5465456 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 21 2023 18:33:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |
| 5465455 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 21 2023 18:33:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |
| 5310663 | + | Email/Text: info@pamd13trustee.com | Apr 21 2023 18:33:00 | Charles Dehart, Chapter 13 Trustee, 8125 Adams Drive Suite A, Hummelstown, PA 17036-8625 |
| 5310665 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 21 2023 18:37:38 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5310666 | | EDI: AMINFOFP.COM | Apr 21 2023 22:32:00 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 5324307 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2023 18:37:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5310672 | + | EDI: PHINGENESIS | Apr 21 2023 22:32:00 | Milestone, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 5309004 | | EDI: AGFINANCE.COM | Apr 21 2023 22:32:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5320598 | | EDI: AGFINANCE.COM | Apr 21 2023 22:32:00 | One Main Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 5310674 | | EDI: AGFINANCE.COM | Apr 21 2023 22:32:00 | One Main Financial, PO Box 740594, Cincinnati, OH 45274-0594 |
| 5320875 | + | EDI: JEFFERSONCAP.COM | Apr 21 2023 22:32:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5320610 | | EDI: Q3G.COM | Apr 21 2023 22:32:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5310677 | | EDI: CBSMASON | Apr 21 2023 22:32:00 | Stoneberry, P.O. Box 2808, Monroe, WI 53566-8008 |
| 5319081 | + | EDI: CBSMASON | Apr 21 2023 22:32:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5310676 | + | EDI: CBSMASON | Apr 21 2023 22:32:00 | Stoneberry, 1356 Williams Street, Chippewa Falls, WI 54729-1500 |
| 5307311 | + | EDI: RMSC.COM | Apr 21 2023 22:32:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5310679 | | EDI: USAA.COM | Apr 21 2023 22:32:00 | USAA Credit Card Payments, 10750 McDermott Freeway, San Antonio, TX 78288-0570 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5320583 | *+ | Bank of America NA, 655 Papermill Road, Newark, DE 19711-7500 |
| 5320584 | *+ | Bank of America, N.A., PO Box 982284, El Paso, TX 79998-2284 |
| 5320589 | * | Card Services, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5320590 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5320591 | * | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |

| | | |
|---|---|---|
| 5320592 | *+ | Frederic I Weinberg Esquire, 375 East Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 5320593 | * | Homebridge Financial Services Inc., Payment Processing Center, P.O. Box 11733, Newark, NJ 07101-4733 |
| 5320594 | *+ | Homebridge Financial Services, Inc., P.O. Box 77404, Ewing, NJ 08628-6404 |
| 5320595 | *+ | Michael A Gaul Esquire, One West Broad Street, Suite 700, Bethlehem, PA 18018-5717 |
| 5320597 | *+ | Milestone, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 5320599 | * | One Main Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 5320600 | * | One Main Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 5320602 | * | One Main Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 5320603 | * | One Main Financial, North End Professional Complex, 388 Airport Rd Suite 200, Hazle Township, PA 18202-3302 |
| 5320604 | * | One Main Financial, North End Professional Complex, 388 Airport Rd Suite 200, Hazle Township, PA 18202-3302 |
| 5320601 | * | One Main Financial, PO Box 740594, Cincinnati, OH 45274-0594 |
| 5320605 | * | Steven H Eichler Esquire, 170 S Independence Mall W St, Philadelphia, PA 19106-3304 |
| 5320607 | * | Stoneberry, P.O. Box 2808, Monroe, WI 53566-8008 |
| 5320606 | *+ | Stoneberry, c/o Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 5320608 | *+ | Timothy G Kling, 1376 S Lehigh Gorge Rd, Weatherly, PA 18255-4606 |
| 5320609 | * | USAA Credit Card Payments, 10750 McDermott Freeway, San Antonio, TX 78288-0570 |

TOTAL: 0 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor HomeBridge Financial Services Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Christopher A DeNardo | on behalf of Creditor Carrington Mortgage Services LLC logsecf@logs.com, cistewart@logs.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor HomeBridge Financial Services Inc. bkgroup@kmllawgroup.com |
| Joseph R. Baranko, Jr. | on behalf of Debtor 1 Glen Paul Younker josephb@slusserlawfirm.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Glen Paul Younker<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8986<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–00743–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Glen Paul Younker

4/21/23

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**