**Fill in this information to identify the case:**

Debtor 1     Glen Paul Younker

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA
                                                    (State)

Case number: _5:20-bk-00743-MJC

Official Form 4100R

# Response to Final Cure Payment             10/15

**According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of Creditor:** Carrington Mortgage Services, LLC     **Court Claim no.** (if known) **12**

**Last 4 digits of any number you use to identify the debtor's account: XXXXXX7321**

**Property address:**   801 East 3rd Street
                          Number    Street

                          Weatherly, PA 18255
                          City           State    Zip Code

### Part 2: Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:

### Part 3: Postpetition Mortgage Payment

*Check One:*

☒ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor is on:    6/1/2023
                                                           MM/ DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

  a.   Total postpetition ongoing payments due:                           (a) $

  b.   Total fees, charges, expenses, escrow, and costs outstanding:      (b) $

  **c.**   **Total**. Add lines a and b.                                                       (c) $

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payments that first became due on:                                   /     /
                                                                                            MM / DD / YYYY

| Debtor 1 | Glen Paul Younker | | | Case number: 5:20-bk-00743-MJC |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**X** /s/Lorraine Gazzara Doyle                    Date: 05/04/2023
  Signature

**Print:**
        Lorraine Gazzara Doyle
        First Name    Middle Name    Last Name

Title: Attorney for and on behalf of Carrington Mortgage Services, LLC (as servicer for creditor)

Company  LOGS Legal Group LLP

Address  3600 Horizon Drive, Suite 150
         Number      Street
         King of Prussia, PA 19406
         City                 State   ZIP Code

Contact phone  (610) 278-6800            Email  logsecf@logs.com

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: _____05/04/2023_____

Joseph R. Baranko, Jr., Esquire
Slusser Law Firm
1620 North Church Street
Suite 1
Hazleton, PA 18202

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Glen Paul Younker
801 E. Third St.
Weatherly, PA 18255

*/s/Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com